**WINDTBERG & ZDANCEWICZ, PLC**
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (480) 584-5660
Fax: (480) 584-5958
courtdocs@wzfirm.com
Michael Zdancewicz - 12426
Marc Windtberg - 24802

Attorneys for Capital One Auto Finance, a
division of Capital One, N.A.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 4:16-bk-13570-SHG |
| Jason Edward Vanwormer and Theresa Marie Vanwormer, | **Chapter 13 Proceeding** |
| Debtors. | **CERTIFICATE OF NO OBJECTION TO MOTION FOR RELIEF FROM STAY And** |
| Capital One Auto Finance, a division of Capital One, N.A., | **NOTICE OF LODGING THE PROPOSED FORM OF ORDER** |
| Movant, | **Property Description:** 2016 Kia Soul VIN KNDJN2A26G7274726 |
| v. | |
| Jason Edward Vanwormer and Theresa Marie Vanwormer, | |
| Respondents. | |

  1.  I am an attorney with the law firm of Windtberg & Zdancewicz, PLC, which represents Movant in this action.

  2.  On November 19, 2018, I caused to be mailed true and correct copies of the following:

    a. Notice of Motion for Relief from the Automatic Stay,

    b. Motion for Relief from the Automatic Stay, and

c. Proposed Order Granting Motion for Relief from the Automatic Stay (collectively the "**Pleadings**") to the persons and entities listed below:

| Dianne C. Kerns<br>Chapter 13 Trustee<br>7320 North La Cholla #154 PMB 413<br>Tucson AZ 85741-2305 | Daniel E. Garrison<br>Attorney at Law<br>The Turnaround Team<br>1166 E. Warner Rd. Ste. 205<br>Gilbert AZ 85296 |
|---|---|
| Jason Edward Vanwormer<br>9662 East Nido Avenue<br>Mesa AZ 85209 | Theresa Marie Vanwormer<br>9662 East Nido Avenue<br>Mesa AZ 85209 |
| Jordyn M Vanwormer<br>4079 E. Jasper Dr.<br>Gilbert AZ 85296 | |

3. At least Eighteen (18) days have elapsed from when the Pleadings were mailed, and no objection has been received.

4. Notice is hereby given that the form of Order, a copy of which is attached hereto, is being lodged with the court.

Dated: December 7, 2018.

                                   WINDTBERG & ZDANCEWICZ, PLC
                                   /s/ Michael Zdancewicz (#012426)
                                   Michael Zdancewicz
                                   Marc Windtberg
                                   Post Office Box 51826
                                   Phoenix, Arizona 85076
                                   Attorneys for Capital One Auto Finance, a
                                   division of Capital One, N.A.

/ / /

/ / /

/ / /

## Certificate of Service

I certify that on December 7, 2018, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available, otherwise by regular first-class mail:

| | |
|---|---|
| Dianne C. Kerns<br>Chapter 13 Trustee<br>7320 North La Cholla #154 PMB 413<br>Tucson AZ 85741-2305 | Daniel E. Garrison<br>Attorney at Law<br>The Turnaround Team<br>1166 E. Warner Rd. Ste. 205<br>Gilbert AZ 85296 |
| Jason Edward Vanwormer<br>9662 East Nido Avenue<br>Mesa AZ 85209 | Theresa Marie Vanwormer<br>9662 East Nido Avenue<br>Mesa AZ 85209 |
| Jordyn M Vanwormer<br>4079 E. Jasper Dr.<br>Gilbert AZ 85296 | |

/s/ Michael Zdancewicz

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Jason Edward Vanwormer and Theresa Marie Vanwormer,<br><br>        Debtors. | No. 4:16-bk-13570-SHG<br><br>**Chapter 13 Proceeding**<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br>**And**<br>**ORDER GRANTING MOTION FOR RELIEF FROM THE CODEBTOR STAY** |
| Capital One Auto Finance, a division of Capital One, N.A.,<br><br>        Movant,<br>v.<br>Jason Edward Vanwormer and Theresa Marie Vanwormer,<br><br>        Respondents. | **Property Description:**<br><br>2016 Kia Soul VIN KNDJN2A26G7274726 |

    Pursuant to the Motion for Relief from the Automatic Stay (the "**Motion**") filed by Capital One Auto Finance, a division of Capital One, N.A. (the "**Creditor**" or "**Movant**") relating to the Collateral described as 2016 Kia Soul VIN KNDJN2A26G7274726 (hereafter the "**Collateral**") having been duly noticed and there being no objection:

    IT IS ORDERED terminating the automatic stay as to the Collateral.

    IT IS ORDERED terminating the Codebtor stay as to the Collateral.

IT IS FURTHER ORDERED that all stays, including without limitation, confirmation orders, injunctions, restraining orders, and the automatic stays provided by 11 U.S.C. § 362 and § 524, and 1301 be vacated with respect to the Collateral, or modified to permit Creditor or its agents, attorneys, employees, assignees and such other persons as the Court shall deem appropriate to take any and all lawful actions to enforce its claim to and assert its ownership rights to the Collateral under the subject Contract, and non-bankruptcy law, including without limitation the rights (to declare all sums to be immediately due and payable) and to obtain possession of the Collateral through any lawful action.

IT IS FURTHER ORDERED waiving the fourteen (14) day provision of Bankruptcy Rule 4001(a)(3) that would stay the effectiveness of this Order.

IT IS FURTHER ORDERED this Order is binding in the event this matter is converted to another proceeding under the Bankruptcy Code.

IT IS FURTHER ORDERED Movant may file an amended proof of claim for any deficiency balance within thirty (30) days of disposition of the Collateral, or by the claims bar date, whichever is later.

**[Signed and dated above]**