```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                         Case No. 16-13570-SHG
JASON EDWARD VANWORMER                                         Chapter 13
THERESA MARIE VANWORMER
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0970-4          User: giffords            Page 1 of 1              Date Rcvd: Dec 10, 2018
                              Form ID: ntcntry          Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db             +JASON EDWARD VANWORMER,    9662 East Nido Avenue,    Mesa, AZ 85209-2243
jdb            +THERESA MARIE VANWORMER,    9662 East Nido Avenue,    Mesa, AZ 85209-2243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              DANIEL E GARRISON    on behalf of Debtor JASON EDWARD VANWORMER dan@turnaroundteam.com,
               teresie@turnaroundteam.com,brian@turnaroundteam.com,kyle@turnaroundteam.com,
               paula@turnaroundteam.com
              DANIEL E GARRISON    on behalf of Joint Debtor THERESA MARIE VANWORMER dan@turnaroundteam.com,
               teresie@turnaroundteam.com,brian@turnaroundteam.com,kyle@turnaroundteam.com,
               paula@turnaroundteam.com
              DAVID N INGRASSIA     on behalf of Attorney    Conn's Appliances Inc. david.ingrassia@cox.net
              DIANNE 5  KERNS    on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com,  ecf@dcktrustee.com,
               dckerns@dcktrustee.com
              DIANNE C. KERNS    mail@dcktrustee.com,  ecf@dcktrustee.com,dckerns@dcktrustee.com
              MICHAEL  ZDANCEWICZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A. courtdocs@wzfirm.com,  mz@wzfirm.com
              STEVEN M COX    on behalf of Creditor    Ally Financial Inc. smcox@wechv.com,
               ckerton@waterfallattorneys.com,slewellen@waterfallattorneys.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 8
```

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                              Case No.: 4:16−bk−13570−SHG

JASON EDWARD VANWORMER                              Chapter: 13
9662 East Nido Avenue
Mesa, AZ 85209
**SSAN:** xxx−xx−4926
**EIN:**

THERESA MARIE VANWORMER
9662 East Nido Avenue
Mesa, AZ 85209
**SSAN:** xxx−xx−3903
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on December 10, 2018, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: December 10, 2018**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704<br>Telephone number: (520) 202−7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |