```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                          Case No. 16-13570-SHG
JASON EDWARD VANWORMER                                          Chapter 13
THERESA MARIE VANWORMER
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0970-4          User: giffords              Page 1 of 1            Date Rcvd: Dec 10, 2018
                              Form ID: pdf004             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db             +JASON EDWARD VANWORMER,    9662 East Nido Avenue,    Mesa, AZ 85209-2243
jdb            +THERESA MARIE VANWORMER,    9662 East Nido Avenue,   Mesa, AZ 85209-2243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              DANIEL E GARRISON    on behalf of Debtor JASON EDWARD VANWORMER dan@turnaroundteam.com,
               teresie@turnaroundteam.com,brian@turnaroundteam.com,kyle@turnaroundteam.com,
               paula@turnaroundteam.com
              DANIEL E GARRISON    on behalf of Joint Debtor THERESA MARIE VANWORMER dan@turnaroundteam.com,
               teresie@turnaroundteam.com,brian@turnaroundteam.com,kyle@turnaroundteam.com,
               paula@turnaroundteam.com
              DAVID N INGRASSIA    on behalf of Attorney    Conn's Appliances Inc. david.ingrassia@cox.net
              DIANNE 5 KERNS    on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com, ecf@dcktrustee.com,
               dckerns@dcktrustee.com
              DIANNE C. KERNS    mail@dcktrustee.com, ecf@dcktrustee.com,dckerns@dcktrustee.com
              MICHAEL ZDANCEWICZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A. courtdocs@wzfirm.com, mz@wzfirm.com
              STEVEN M COX    on behalf of Creditor    Ally Financial Inc. smcox@wechv.com,
               ckerton@waterfallattorneys.com,slewellen@waterfallattorneys.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 8

THIS ORDER IS APPROVED.

Dated: December 10, 2018

_____
Scott H. Gan, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Jason Edward Vanwormer and Theresa Marie Vanwormer,<br><br>      Debtors.<br><br>Capital One Auto Finance, a division of Capital One, N.A.,<br><br>      Movant,<br>v.<br><br>Jason Edward Vanwormer and Theresa Marie Vanwormer,<br><br>      Respondents. | No. 4:16-bk-13570-SHG<br><br>**Chapter 13 Proceeding**<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br>And<br>**ORDER GRANTING MOTION FOR RELIEF FROM THE CODEBTOR STAY**<br><br>**Property Description:**<br><br>2016 Kia Soul VIN KNDJN2A26G7274726 |

Pursuant to the Motion for Relief from the Automatic Stay (the "**Motion**") filed by Capital One Auto Finance, a division of Capital One, N.A. (the "**Creditor**" or "**Movant**") relating to the Collateral described as 2016 Kia Soul VIN KNDJN2A26G7274726 (hereafter the "**Collateral**") having been duly noticed and there being no objection:

IT IS ORDERED terminating the automatic stay as to the Collateral.

IT IS ORDERED terminating the Codebtor stay as to the Collateral.

IT IS FURTHER ORDERED that all stays, including without limitation, confirmation orders, injunctions, restraining orders, and the automatic stays provided by 11 U.S.C. § 362 and § 524, and 1301 be vacated with respect to the Collateral, or modified to permit Creditor or its agents, attorneys, employees, assignees and such other persons as the Court shall deem appropriate to take any and all lawful actions to enforce its claim to and assert its ownership rights to the Collateral under the subject Contract, and non-bankruptcy law, including without limitation the rights (to declare all sums to be immediately due and payable) and to obtain possession of the Collateral through any lawful action.

IT IS FURTHER ORDERED waiving the fourteen (14) day provision of Bankruptcy Rule 4001(a)(3) that would stay the effectiveness of this Order.

IT IS FURTHER ORDERED this Order is binding in the event this matter is converted to another proceeding under the Bankruptcy Code.

IT IS FURTHER ORDERED Movant may file an amended proof of claim for any deficiency balance within thirty (30) days of disposition of the Collateral, or by the claims bar date, whichever is later.

**[Signed and dated above]**